UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY MENDOZA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM SULLIVAN,<br><br>    Defendant. | Case No. 18-cv-07160-SI<br><br>**ORDER GRANTING MOTION TO LIFT STAY**<br><br>Dkt. No. 22 |

On December 23, 2020, petitioner Ricky Mendoza filed a motion to lift the stay previously imposed by this Court and re-open the case on the grounds that all of petitioner's claims are exhausted and ripe for adjudication by this Court. Dkt. No. 22. Respondent has not filed an opposition and on March 1, 2021, respondent's counsel confirmed the motion is unopposed.

As such, the motion to lift the stay is GRANTED. The clerk shall reopen the case. Respondent shall file an answer or other responsive pleading no later than 60 days from entry of this order. Petitioner's traverse shall be filed 30 days after the filing of respondent's responsive pleading.

**IT IS SO ORDERED**.

Dated: March 2, 2021

_____
SUSAN ILLSTON
United States District Judge