UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY MENDOZA,<br><br>          Plaintiff,<br><br>    v.<br><br>WILLIAM SULLIVAN,<br><br>          Defendant. | Case No. 18-cv-07160-SI<br><br>**JUDGMENT** |

The petition for writ of habeas corpus has been denied. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: May 31, 2022

_____
SUSAN ILLSTON
United States District Judge